No. 757. MEYER *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Samuel W. Sherman* and *Martin A. Gettinger* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 654. AETNA CASUALTY & SURETY CO. ET AL. *v.* VINSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *M. S. Mazzuchi* for petitioners. *Martin E. Gerel* for respondents.

No. 678. BLACK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Don O. Russell* and *Tyree C. Derrick* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States.

No. 681. HARRISON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Leon O'Quin* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph Kovner* for the United States.

No. 749. BEATTY SAFWAY SCAFFOLD CO. *v.* UP-RIGHT, INC. C. A. 9th Cir. Certiorari denied. *Henry Gifford Hardy* for petitioner. *Oscar A. Mellin* for respondent.

No. 752. BRADFORD ET AL. *v.* MAGGIORE ET AL. C. A. 6th Cir. Certiorari denied. *William Waller* and *Cecil Sims* for petitioners. *Z. T. Osborn, Jr.* and *E. J. Walsh* for respondents.